# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JAMES EDWARD PAYNE                                                        PETITIONER
Reg. #15635-045

V.                         NO. 2:14CV00027 JLH/JTR

ANTHONY HAYNES, Warden,                                                   RESPONDENT
FCC-FCI-Forrest City

## ORDER

Respondent has filed a Response, *Doc. #5*, to this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, arguing that this Court lacks jurisdiction over Petitioner's challenge to a sentence imposed by the Northern District of Oklahoma.

Petitioner is directed to file a Reply, addressing Respondent's argument, **on or before May 14, 2014.**

DATED THIS 14th DAY OF April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE