# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JAMES PAYNE                                                                                                    PETITIONER
Reg. #15635-045

v.                                         NO. 2:14CV00027 JLH/JTR

ANTHONY HAYNES, Warden,
FCC-FCI-Forrest City                                                                                       RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that this petition for writ of habeas corpus under 28 U.S.C. § 2241 is DENIED, and that this case is DISMISSED WITHOUT PREJUDICE.

DATED this 9th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE